| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Kapala, Frederick J. | 2. Court or Organization<br><br>District Court, N D Illinois | 3. Date of Report<br><br>05/05/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>211 South Court Street<br>Rockford, IL 61101 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ _____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust # 1 |
| 2. Trustee | Trust # 2 |
| 3. Director | ▒▒▒▒▒▒▒, an Illinois not-for-profit corporation |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 12/31/2009 | State of Illinois Retirement System, pension benefits payable at retirement at or after age 55 |
| 2. | |
| 3. | |

2010 MAY 11 A 10: 06 RECEIVED FINANCIAL DISCLOSURE OFFICE

Kapala, Frederick J.

| Name of Person Reporting | Date of Report |
|---|---|
| Kapala, Frederick J. | 05/05/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2009 | State of Illinois - Appellate Court Judge retirement payments | $150,578.16 |
| 2. 08/14/2009 | George Daily - Sale of Automobile | $14,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 12/31/2009 | Catholic Diocese of Rockford, substitute teaching |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kapala, Frederick J. | 05/05/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kapala, Frederick J. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chase Bank account # 1 | A | Interest | K | T | | | | | |
| 2. Blackhawk Bank account # 1 | A | Interest | K | T | | | | | |
| 3. Blackhawk Bank account # 2 | A | Interest | J | T | | | | | |
| 4. Blackhawk Bank account # 3 | B | Interest | K | T | | | | | |
| 5. Amcore Bank Account # 1 | A | Interest | K | T | | | | | |
| 6. Alpine Bank CD | A | Interest | J | T | Open | 12/20/09 | J | | |
| 7. RJ Bank deposit program | A | Interest | | | Closed | 04/30/09 | N | | |
| 8. Scottrade Bank deposit program | A | Interest | M | T | Open | 04/30/09 | N | | |
| 9. Van Kampen Great Intl Firms, series 28 - Cash Wrap 5.5 | A | Dividend | | | Sold | 03/03/09 | J | | |
| 10. Ishares Tr S&P500 Grw | | None | | | Sold | 03/03/09 | J | | |
| 11. Ishares Tr S&P500 Value | | None | | | Sold | 03/03/09 | J | | |
| 12. Ishares Tr Msci EAFE IDX | | None | | | Sold | 03/03/09 | J | | |
| 13. IsharesTr Rusl 2000 Grow | | None | | | Sold | 03/03/09 | J | | |
| 14. Ishares Tr Rusl 2000 Valu | | None | | | Sold | 03/03/09 | J | | |
| 15. Ishares Tr Rusl Midcap | | None | | | Sold | 03/03/09 | J | | |
| 16. First Trust Large-Cap Growth #13 | A | Dividend | | | Sold | 03/03/09 | K | | |
| 17. First Trust Large-Cap Value #13 | A | Dividend | | | Sold | 03/03/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kapala, Frederick J. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Goldman Sachs Satellite Strategies Port Fund | | None | | | Sold | 03/03/09 | J | | |
| 19. Templeton Global Bond Fund | A | Dividend | | | Sold | 03/03/09 | J | | |
| 20. First Trust Equity Income Select #13 | A | Dividend | | | Sold | 03/03/09 | J | | |
| 21. First Trust ETF DB Strategic Value Index | | None | | | Sold | 03/03/09 | J | | |
| 22. Hartford High Yield Municipal Bond Fund | A | Interest | | | Sold | 03/03/09 | K | | |
| 23. Wells Fargo Adv. Muni Bond | A | Interest | | | Sold | 03/03/09 | K | | |
| 24. Principal High Yield Fund | A | Dividend | | | Sold | 03/03/09 | J | | |
| 25. Van Kampen Large Cap Growth 2008-4 Term | A | Dividend | | | Sold | 03/03/09 | J | | |
| 26. First Trust Target Small-Cap 4Q'08 Term | A | Dividend | | | Sold | 03/03/09 | J | | |
| 27. First Trust Target Small-Cap 4Q'08 Term | A | Dividend | | | Buy | 02/25/09 | J | | |
| 28. | | | | | Sold | 03/03/09 | J | | |
| 29. | | | | | Sold | 03/04/09 | J | | |
| 30. First Trust International Port #15 | A | Dividend | | | Sold | 03/03/09 | J | | |
| 31. General Electric Company | | None | | | Buy | 03/03/09 | L | | |
| 32. | | | | | Buy | 03/04/09 | M | | |
| 33. | | | | | Sold | 03/25/09 | N | G | |
| 34. Universal Infotainment Systems Corporation | A | Dividend | J | T | Buy | 07/15/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R —Cost (Real Estate Only) | S =Assessment | T —Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kapala, Frederick J. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Berkshire Hathaway | A | Dividend | | | Buy | 05/06/09 | L | | |
| 36. | | | | | Sold | 08/28/09 | M | D | |
| 37. Fairholme Fund | A | Dividend | M | T | Buy | 05/06/09 | L | | |
| 38. Trust # 1, trustee and income beneficiary | | None | J | T | | | | | |
| 39. - Drugstore.com stock | | | | | | | | | |
| 40. Trust # 2, trustee and income beneficiary | | None | J | T | | | | | |
| 41. - Drugstore.com stock | | | | | | | | | |
| 42. IRA # 1 | A | Int./Div. | J | T | | | | | |
| 43. - Freds, Inc. | | | | | Sold | 08/31/09 | J | A | |
| 44. - Time Warner, Inc. stock | | | | | | | | | |
| 45. - Time Warner Cable Inc. stock | | | | | Spinoff (from line 44) | 03/27/09 | J | | |
| 46. - AOL Inc. | | | | | Spinoff (from line 44) | 12/10/09 | J | | |
| 47. - Yamana Gold Inc | | | | | Buy | 09/16/09 | J | | |
| 48. IRA # 2 | A | Int./Div. | K | T | | | | | |
| 49. - Drugstore.com stock | | | | | | | | | |
| 50. - CitiGroup | | | | | | | | | |
| 51. - General Motors | | | | | Sold | 07/01/09 | J | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kapala, Frederick J. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Real Estate # 1, Winnebago County, Illinois (2005, $100,000) | | None | I. | R | | | | | |
| 53. Real Estate # 2, Winnebago County, Illinois (2003, $25,000) | | None | K | R | | | | | |
| 54. Real Estate # 3, Winnebago County, Illinois ($60,349) | | None | L | S | | | | | |
| 55. Real Estate # 4, Ashland County, Wisconsin ($19,800) | | None | | | Donated | | | | |
| 56. Trust # 9, income beneficiary | | None | | | Distributed | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kapala, Frederick J. | 05/05/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, Line 52 was purchased on July 12, 2005 for $100,000.

Part VII, Line 53 was purchased on September 15, 2003 for $25,000.

Part VII, Line 54, the assessed value is $60,349.

Part VII, Line 55, the assessed value is $19,800.

Part VII, Line 56, the assets of the trust were fully exhausted during the year.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544